**No. 10-6576. Karl E. White, Petitioner v. G. Michael Green, et al.**

562 U.S. 1059, 131 S. Ct. 685, 178 L. Ed. 2d 474, 2010 U.S. LEXIS 9172.

November 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 20, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 382 Fed. Appx. 199.